BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-cr-222 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **MOTIONS HEARING AND ORDER** |
| v. ) | **THEREON** |
| ) | |
| SATINDERPAL SINGH BILING, ) | |
| ) | |
| Defendant. ) | DATE: October 21, 2011 |
| ) | TIME: 10:30 a.m. |
| ) | JUDGE: Hon. Lawrence J. O'Neill |

On July 28, 2011, with the parties' agreement, the Court ordered that motions in this case be heard on October 21, 2011 at 10:30 a.m. Just recently, however, the government attorney on this case was informed that he has been accepted to a course at the National Advocacy Center, for which he will be out of town on the date set for the hearing. The government has conferred with defense counsel in the matter, and has determined that October 28, 2011 would be an acceptable alternate hearing date.

The parties, therefore, stipulate and request that the motions hearing in this matter be continued to October 28, 2011 at 10:30 a.m., with time excluded from now until the disposition of all motions, on the bases that motions will be under advisement, and the ends of justice accomplished by allowing for the preparation of briefing and for all parties to be present at the motions hearing outweigh the defendant's and public's interest in a speedy trial. 18 U.S.C. 3161(H)(1)(D); 18 U.S.C. 3161(H)(7)(A).

1

| | | |
|---|---|---|
| DATED: August 30, 2011 | By: | /s/ Yasin Mohammad |
| | | YASIN MOHAMMAD |
| | | Assistant U.S. Attorney |

| | | |
|---|---|---|
| DATED: August 30, 2011 | By: | /s/ Victor Sherman |
| | | VICTOR SHERMAN |
| | | Attorney for Defendant |

The motions hearing in this matter are continued to October 28, 2011 at 10:30 a.m., with time excluded from now until the disposition of all motions, on the bases that motions will be under advisement, and the ends of justice accomplished by allowing for the preparation of briefing and for all parties to be present at the motions hearing outweigh the defendant's and public's interest in a speedy trial. 18 U.S.C. 3161(H)(1)(D); 18 U.S.C. 3161(H)(7)(A).

IT IS SO ORDERED.

Dated: **September 1, 2011**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE